Lucy W. Dobson, Appellant and Cross Appellee, v. Robert B. Dobson, Appellee and Cross Appellant.

Gen. No. 42,678.

opinion filed December 13, 1943; rehearing denied December 28, 1943. J. Edward Jones, for appellant and cross appellee; Norman C. Barry and Francis L. Brinkman, for appellee and cross appellant. Opinion by JUSTICE MATCHETT. Not to be published in full.